# Third District Court of Appeal
## State of Florida

Opinion filed March 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-841
Lower Tribunal No. 18-16548
_____

**Barbara C. Fernandez, et al.,**
Appellants,

vs.

**Reinolds H. Castro, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Wasson & Associates, Chartered, and Annabel C. Majewski; Law Offices of Alfredo J. Perez, P.A., and Alfredo J. Perez, for appellants.

Cooney Trybus Kwavnick Peets, Warren B. Kwavnick and Kelly Lenahan (Ft. Lauderdale), for appellees.

Before FERNANDEZ, C.J., and LOGUE, and LOBREE, JJ.

PER CURIAM.

Affirmed.